IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR164 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BRIAN VICKERS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Brian Vickers' application and affidavit to proceed without prepayment of fees under 28 U.S.C. § 1915. Filing No. 77. The court has reviewed the application and has determined the request should be granted.

THEREFORE, IT IS ORDERED that defendant's motion to proceed without prepayment of fees, Filing No. 77, is granted.

DATED this 15th day of May, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief Judge