**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**BRIAN VICKERS,** )<br>)<br>Defendant. ) | **8:06CR164**<br><br>**ORDER** |

Defendant Brian Vickers appeared before the court on Thursday, April 22, 2010 on a Petition for Warrant or Summons for Offender Under Supervision [102]. The defendant was represented by James Martin Davis and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. The government's oral motion for detention was denied. The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **May 14, 2010 at 3:30 p.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 22nd day of April, 2010.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge