IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
DISTRICT COURT
DISTRICT OF NEBRASKA

15 JUN 30 PM 3: 43

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRIAN VICKERS,

        Defendant.

8:06CR164

ORDER TO RELEASE
GARNISHMENT

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Hammerplez, Inc., and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Hammerplez, Inc. is released.

DATED this _30_ day of _____June_____, 2015.

BY THE COURT:

_____
F.A. Gossett
Magistrate Judge, U.S. District Court